**No. 50925.**—Protest 23380–K of Louis M. Vordemberge (Baltimore).

Opinion by MOLLISON, J.   It was stipulated that certain items of the merchandise consist of leather girths and stirrup leathers of the same kind in all material respects as exhibits 2, 3, 4, and illustrative exhibit 5 in *Little Joe Wiesenfeld Co.* v. *United States* (10 Cust. Ct. 101, C. D. 731).   In accordance therewith the claim at 15 percent under paragraph 1530 (f), as modified by T. D. 49753, was sustained.